OPINION — AG — ** APPROPRIATIONS — REGIONAL EDUCATION CENTERS ** REGIONAL EDUCATION SERVICE CENTERS ESTABLISHED PURSUANT TO THE PRESCRIPTIVE TEACHING ACT OF 1974 ARE NOT ENTITLED TO BE ALLOCATED FUNDS DESIGNATED BY SECT. 22 OF HOUSE BILL NO. 1410, 25TH LEG. SESSION, FOR NEW SPECIAL EDUCATION CLASSES. CITE: 70 O.S. 1974 Supp., 1210.271 [70-1210.271], 70 O.S. 1974 Supp., 1210.275 [70-1210.275], 70 O.S. 1974 Supp., 1210.272 [70-1210.272] (JOE C. LOCKHART)